IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02281-AP

Jennifer I. LaGrange,

    Plaintiff,

v.

Michael J. Astrue,
Commissioner of Social Security
    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

Michael W. Seckar
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
719-543-8403 (facsimile)
seckarlaw@mindspring.com

<u>For Defendant</u>:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Alexess D. Rea
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

 **A.** **Date Complaint Was Filed:** 08/27/12

 **B.** **Date Complaint Was Served on U.S. Attorney's Office:** 10/11/12

 **C.** **Date Answer and Administrative Record Were Filed:** 12/10/12

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties state that there are no other matters.

**8. BRIEFING SCHEDULE**

 **A.** **Plaintiff's Opening Brief Due:** 02/11/13

 **B.** **Defendant's Reply Brief (If Any) Due:** 03/13/13

 **C.** **Plaintiff's Reply Brief (If Any) Due:** 03/28/13

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A.**    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    **A.**    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 2nd day of January, 2013.

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          U.S. DISTRICT COURT JUDGE

APPROVED:

                                        John F. Walsh
                                        United States Attorney

s/*Michael W. Seckar*                               **By:** s/*Alexess Rea*
402 W. 12th Street                                 Special Assistant U.S. Attorney
Pueblo, CO 81003                                1001 17th Street
719-543-8636                                         Denver, CO 80202
719-543-8403 (facsimile)                      303-844-7101
seckarlaw@mindspring.com                303-844-0770 (facsimile)
                                                       Alexess.rea@ssa.gov

Attorney for Plaintiff                               Attorneys for Defendant